CA 05 402ML

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT O. GAMACHE and JEANNETTE E. GAMACHE
Plaintiff(s)

VS.

TREK BICYCLE CORPORATION
Defendant(s)

**NOTICE OF REMOVAL OF CIVIL ACTION**

**TO THE HONORABLE JUSTICE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Petitioner, Trek Bicycle Corporation, respectfully shows this Court:

1. The Petitioner is the defendant in the above-entitled action.

2. On or about September 8, 2005, the plaintiff commenced an action against the defendant, Trek Bicycle Corporation in the Superior Court of the State of Rhode Island and Providence Plantations, sitting in Providence, Civil Action Number 05-4689.

3. On or September 8, 2005, the plaintiff's counsel forwarded to Trek Bicycle Corporation, a copy of the complaint via Certified Mail/Return receipt Requested; said copy was received by Trek Bicycle Corporation on or about September 12, 2005;

4. No further proceedings have been had herein in the Superior Court of the State of Rhode Island and Providence Plantation, sitting in Providence, Civil Action Number 05-4689;

5. The above-entitled action wholly involves citizens of different states in that at the time of the commencement of this action in Rhode Island, and since that time, the plaintiff was and still is a resident of the State of Rhode Island and the defendant is a corporation duly incorporated and authorized to do business in the State of Wisconsin and its principal place of business in Wisconsin;

6. The amount in controversy, exclusive of interest and costs, is in excess of seventy-five thousand dollars as the plaintiff alleges that as a result of a defective seat post bolt on the bicycle at issue, he was caused to fall off of said bicycle and sustain a "severe injury" to his leg requiring surgery.

7. This Court, therefore, has original jurisdiction of the above entitled action pursuant to 28 U.S.C. sec. 1332 and removal of the action to this court is proper pursuant to 28 U.S.C. sec. 1441(a);

8. The above-entitled action is a civil action for personal injuries in which the plaintiff is alleging that he was caused personal injuries as a result of the negligence and breaches of warranty of the defendants in the manufacture and distribution of a bicycle;

9. Copies of the original complaint and summons served upon Trek Bicycle Corporation are attached hereto and marked "A";

10. This Petition is filed with the court within thirty (30) days after service on the Petitioners of the Summons and Complaint in this action.

11. In compliance with 28 U.S.C. sec. 1446(d) and Local Rule 36(c) D.R.I., the Petitioners will give written notice of the filing of the Notice of Removal to all adverse parties, and will file a copy of the Notice of Removal with the Clerk of the Providence Superior Court.

12. Pursuant to Local Rule 36(b), D.R.I., Petitioners will file in this court certified or attested copies of all court records and proceedings and a certified or attested copy of all docket entries in the Providence Superior Court, State of Rhode Island, in the above-entitled matter.

WHEREFORE, the Petitioners pray the above entitled action be removed from the Providence Superior Court to this Court.

THOMAS B. FARREY, III/BBO#6457
JAMES T. HUGGARD/BBO# 6464
Burns & Farrey
446 Main Street, 22nd Floor
Worcester, Massachusetts 01608
Telephone 508-756-6288

**CERTIFICATE OF SERVICE**

I, THOMAS B. FARREY, III AND/OR JAMES T. HUGGARD, hereby certify that I have this date mailed a copy of the within document, by first class mail postage prepaid, to **John A. Baglini, Esquire, Higgins & Slattery, Turks Head Building 76 Westminster Street, Suite 1150, Providence, RI 02903**

DATED: September 21, 2005

THOMAS B. FARREY, III
JAMES T. HUGGARD

TBF/cg
(0000TB-0002 cp#6)

"A"

# State of Rhode Island and Providence Plantations

SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE NO. 05-4689

ROBERT O. GAMACHE and JEANNETTE E. GAMACHE
Plaintiff

vs.

TREK BICYCLE CORPORATION
Defendant

*Summons*

*To the above-named Defendant:* TREK BICYCLE CORPORATION
801 West Madison Street
Waterloo, WI 53594

The above-named Plaintiff has brought an action against you in said superior court in the county indicated above. You are hereby summoned and required to serve upon John A. Baglini, Esq., HIGGINS & SLATTERY Plaintiff's attorney, whose address is 76 Westminster Street, Suite 1150, Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: September 8, 2005

(Seal of the Superior Court)