UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

05 402 ML

ROBERT O. GAMACHE and JEANNETTE E. GAMACHE
Plaintiff(s)

VS.

TREK BICYCLE CORPORATION
Defendant(s)

NOTICE OF APPEARANCE

Please enter my appearance for the defendant, Trek Bicycle Corporation, in the above-entitled matter.

THOMAS B. FARREY, III/BBO#6457
JAMES T. HUGGARD/BBO# 6464
Burns & Farrey
446 Main Street, 22nd Floor
Worcester, Massachusetts 01608
Telephone 508-756-6288

**CERTIFICATE OF SERVICE**

I, THOMAS B. FARREY, III AND/OR JAMES T. HUGGARD, hereby certify that I have this date mailed a copy of the within document, by first class mail postage prepaid, to **John A. Baglini, Esquire, Higgins & Slattery, Turks Head Building 76 Westminster Street, Suite 1150, Providence, RI 02903**

DATED: September 21, 2005

THOMAS B. FARREY, III
JAMES T. HUGGARD

TBF/cg
(0000TB-0002 cp#6)