# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT O. GAMACHE and | : | |
| JEANNETTE E. GAMACHE | : | |
| | : | |
| vs. | : | C.A. 05-402ML |
| | : | |
| TREK BICYCLE CORPORATION | : | |

## AFFIDAVIT OF COMPLIANCE

I, John A. Baglini, Attorney for plaintiff make affidavit and say:

Pursuant to the provisions of Rhode Island Rules of Civil Procedure I caused a copy of the summons and complaint to be served upon defendant, Trek Bicycle Corporation, 801 West Madison Street, Waterloo, WI, 53594, by Certified Mail-Return Receipt Requested.

Attached hereto is the post office return receipt.

John A. Baglini

Subscribed and sworn to before me this 26th day of October, 2005.

Notary Public
My Commission Expires:

# CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing document to Thomas B. Farrey, III, Burns & Farrey, 446 Main Street, Worcester, MA, 01608-2302, by first-class mail, postage prepaid, on this 26th day of October, 2005.

Roxanne M. Castano

ENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Trek Bi[illegible] Corporation
801 West Madison Street
Waterloo, WI 53594

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Sue Peasley ☒ Agent ☐ Addressee

B. Received by (Printed Name) S PEASLEE

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

USPS 53594-9998 WATERLOO WI [illegible] 12 2005

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number
(Transfer from service label) 7099 3400 0010 1944 5042