05-402ML

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
NO. 05-402ML

RECEIVED
FEB 10 2006
Property of U.S. District Court
District of Rhode Island

FILED
FEB 09 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT O. GAMACHE and JEANNETTE E. GAMACHE
Plaintiff(s)

VS.

TREK BICYCLE CORPORATION
Defendant(s)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above entitled action, pursuant to the provisions of the Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice and without costs, waiving all rights of appeal.

John A. Baglini

JOHN A. BAGLINI
Counsel for the Plaintiff
Higgins & Slattery
Turks Head Building
76 Westminster Street, Suite 1150
Providence, RI 02903
Tel. 401-751-3600

Thomas B. Farrey, III
Thomas B. Farrey, III, Esquire
Attorney for the Defendant
Burns & Farrey
446 Main Street
Worcester, MA 01608
(508) 756-6288
BBO #: 159880

(0000TB-0002 cp#27)

Enter: Mary M. Lisi
USDJ 2/9/06